**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Dwayne A Brooks                     CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-11147 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                               Respectfully submitted,

                                           /s/ *Rebecca Solarz*
                                           Rebecca Solarz
                                           13 May 2022, 12:26:45, EDT

                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106-1532
                                           (215) 627-1322