IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Dwayne A. Brooks | ) | Chapter 13 |
|---|---|---|
|  | ) |  |
| Debtor | ) | Bankruptcy No: 22-11147-mdc |
|  | ) |  |
|  | ) |  |

ORDER

AND NOW, upon consideration of the attached Motion and after notice having been given to all interested parties, it is hereby ORDERED that:

It is hereby ORDERED THAT:

1. Debtor's motion for extension of time is **GRANTED** and
2. Debtor's extension until **June 11, 2022** to prepare Attorney Disclosure Statement, Chapter 13 Plan, Schedules A-J, Statement of Financial Affairs, Summary of schedules, Statistical Summary of Certain Liabilities, Statement of and Current Monthly Income is **GRANTED.**

Dated:  May 17, 2022

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge