# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 13 |
| | : Bk. No.: 22-11147-mdc |
| Dwayne A. Brooks | : Judge: Hon. Magdeline D. Coleman |
| | : |
| Debtor. | : |
| _____ | : |

## MOTION TO VACATE DISMISSAL FOR FAILURE
## TO TIMELY FILE DOCUMENTS

COMES NOW, the above-named Debtor, Dwayne A. Brooks, by and through undersigned counsel, hereby files this Motion to vacate dismissal of the case. The Motion is supported as follows:

1. On May 2, 2022, Debtor filed the above-entitled case.

2. On June 22, 2022, the case was dismissed due to failure to timely file documents.

3. As of June 23, 2022, the documents have been filed with the Court.

4. The failure to file the missing documents was inadvertent and in no way intended to cause any delay or to impede the bankruptcy proceedings.

5. The Debtor respectfully requests it is in the best interest of all parties to allow the case to continue.

WHEREFORE, the Debtor requests the case be reinstated and the order to dismiss be vacated.

Dated: July 6, 2022

/s/ WARREN LEVY
Warren Levy, Esq.
Keaveney Legal Group
1000 Maplewood Drive
Suite 202
Maple Shade, NJ 08052
Telephone: (856) 831-7119
Facsimile: (856) 282-1090
*Attorney for the Debtor*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 13 |
| | : Bk. No.: 22-11147-mdc |
| Dwayne A. Brooks | : Judge: Hon. Magdeline D. Coleman |
| | : |
| Debtors | : |
| _____ | : |

## CERTIFICATE OF SERVICE

I, Amy J. Truss, Paralegal to Warren Levy, with Keaveney Legal Group, 1000 Maplewood Dr., Suite 202, Maple Shade, NJ 08052 do hereby certify that on July 6, 2022, service of a true and correct copy of the attached pleadings including the Motion to Vacate Dismissal for Failure to Timely File Documents, and attachments thereto, was delivered by first class mail and/or electronic filing to the below named interested parties:

| Name and Address | Mode of Service |
|---|---|
| Kenneth E. West, Trustee<br>ecfemails@ph13trustee.com | Electronically |
| US Trustee<br>USTPRegion03.PH.ECF@usdoj.gov | Electronically |
| Rebeccca Solarz, Esq.<br>KM Law Group, P.C.<br>Attorney for Pennsylvania Housing Finance Agency<br>bkgroup@kmllawgroup.com | Electronically |
| Dwayne Brooks<br>7919 Pickering Avenue<br>Philadelphia, PA 19150 | USPS First Class |
| Acima Cedit<br>9815 South Monroe Street<br>4th Floor<br>Sandy, UT 84070-4384 | USPS First Class |

| | |
|---|---|
| IC Systems, Inc.<br>Attn: Bankruptcy<br>Po Box 64378<br>St. Paul, MN 55164-0378 | USPS First Class |
| Pennsylvania Housing Finance Agency<br>211 North Front Street<br>Harrisburg, PA 17101-1406 | USPS First Class |
| Simon's Agency, Inc.<br>Attn: Bankruptcy<br>Po Box 5026<br>Syracuse, NY 13220-5026 | USPS First Class |
| Synchrony Bank / Carter Lumber<br>Attn: Bankruptcy<br>Po Box 96506<br>Orlando, FL 32896-5060 | USPS First Class |

Date: July 6, 2022

/s/ Warren Levy
Warren Levy, Esq.
Keaveney Legal Group
1000 Maplewood Drive
Suite 202
Maple Shade, NJ 08052
(856) 831-7119
Attorney ID No. 53361