Warren Levy, Esq.
Attorney ID No. 312476
Keaveney Legal Group
1000 Maplewood Drive
Suite 202
Maple Shade, NJ, 08052
Telephone: 800-219-0939
Facsimile: (856) 282-1090

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | Bk. No.: 22-11147 |
| Dwayne A. Brooks, | : | Judge: Honorable Magdeline D. Coleman |
| | : | |
| Debtor. | : | |
| _____ | : | |

**CERTIFICATION OF NO RESPONSE
REGARDING DEBTOR'S APPLICATION FOR COMPENSATION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Vacate Order Dismissing Case filed on July 6, 2022 (Doc. No. 18) has been received. The undersigned further certifiers that the Court's docket in this case has been reviewed and no answer, objection or other responsive please to the Motion appears therein.

Is it hereby respectfully requested that the Order attached to the Motion be entered by the Court.


Dated: August 18, 2022                              /s/ Warren Levy
                                                    Warren Levy, Esq.