Warren Levy, Esq.
Attorney ID No. 312476
Keaveney Legal Group
1000 Maplewood Drive
Suite 202
Maple Shade, NJ, 08052
Telephone: 800-219-0939
Facsimile: (856) 282-1090

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | Bk. No.: 22-11147 |
| Dwayne A. Brooks, | : | Judge: Honorable Magdeline D. Coleman |
| | : | |
| Debtor. | : | |
| _____ | : | |

ORDER

AND NOW, upon consideration of the Debtor's Motion to Vacate Dismissal and after notice having been given to all interested parties, it is hereby ORDERED that:

It is hereby ORDERED THAT:

1. Debtor's motion to vacate dismissal of Chapter 13 case is **GRANTED** and case is reinstated.

BY THE COURT:

August 23, 2022

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE