# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-11147-MDC

DWAYNE A. BROOKS

7919 PICKERING AVE

PHILADELPHIA, PA 19150

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DWAYNE A. BROOKS

    7919 PICKERING AVE

    PHILADELPHIA, PA 19150

Counsel for debtor(s), by electronic notice only.

    WARREN LEVY
    KEAVENEY LEGAL GROUP
    1000 MAPLEWOOD DRIVE, STE. 202
    MAPLE SHADE, NJ 08052-

Date: 9/27/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee