**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Chapter 13 |
| | : Bk. No.: 22-11147-mdc |
| Dwayne A. Brooks | : Judge: Hon. Magdeline D. Coleman |
| Debtor. | : |
| _____ | : |

## CERTIFICATE OF SERVICE

I, Amy J. Truss, Paralegal to Warren Levy, with Keaveney Legal Group, 1000 Maplewood Dr., Suite 202, Maple Shade, NJ 08052 do hereby certify that on April 11, 2023, service of a true and correct copy of the **Order Dismissing Chapter 13 and Setting Deadline for Applications for Allowance of Administrative Expenses**, was delivered by first class mail and/or electronic filing to the below named interested parties:

| Name and Address | Mode of Service |
|---|---|
| Kenneth E. West, Trustee<br>ecfemails@ph13trustee.com | Electronically |
| US Trustee<br>USTPRegion03.PH.ECF@usdoj.gov | Electronically |
| Denise Elizabeth Carlon, Esq.<br>KML Law Group, PC<br>dcarlon@kmllawgroup.com | Electronically |
| Dwayne A. Brooks<br>7919 Pickering Ave.<br>Philadelphia, PA 19150 | USPS First Class |
| Philadelphia<br>900 Market Street, Suite 400<br>Philadelphia, PA 19107-4233 | USPS First Class |
| Acima Credit<br>9815 South Monroe Street<br>4th floor<br>Sandy, UT 84070-4384 | USPS First Class |

| | |
|---|---|
| IC Systems, Inc.<br>Attn: Bankruptcy<br>Po Box 64378<br>St. Paul, MN 55164-0378 | USPS First Class |
| PHFA<br>211 North Front Street<br>Harrisburg, PA 17101-1466 | USPS First Class |
| Pennsylvania Housing Finance Agency<br>211 North Front Street<br>Harrisburg, PA 17101-1460 | USPS First Class |
| Simon's Agency, Inc.<br>Attn: Bankruptcy<br>Po Box 5026<br>Syracuse, NY 13220-5026 | USPS First Class |
| Synchrony Bank / Carter Lumber<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | USPS First Class |

Date: April 11, 2023

/s/ Warren Levy
Warren Levy, Esq.
Keaveney Legal Group
1000 Maplewood Drive
Suite 202
Maple Shade, NJ 08052
(856) 831-7119
Attorney ID No. 53361