**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Chapter 13 |
| | : Bk. No.: 22-11147-mdc |
| Dwayne A. Brooks | : Judge: Hon. Magdeline D. Coleman |
| | : |
| Debtor. | : |
| _____ | : |

## NOTICE OF APPLICATION FOR COMPENSATION AND REIMBUSEMENT OF EXPENSES

Debtor, Dwayne A. Brooks, by and through his attorney, Warren Levy, Esquire, have filed an Application for Compensation and Reimbursement of Expenses.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have an attorney in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the court to grant the relief in the motion or if you want the court to consider your view views on the motion, then on or before April 25, 2023, you or your attorney must do <u>all</u> of the following:

   a. File an answer explaining your position at:

   United States Bankruptcy Court
   Eastern District of Pennsylvania
   Robert N.C. Nix, Sr. Federal Courthouse
   900 Market Street, Suite 400
   Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's Office for your filing, you must mail it early enough so that it will be received on or before the date stated above; and

   b. Mail a copy to the Debtor's attorney:

   Warren Levy, Esquire
   Keaveney Legal Group
   1000 Maplewood Drive
   Suite 202
   Maple Shade, NJ, 08052
   Phone: 856-831-7119
   Fax: 856-282-1090

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

3. A telephonic hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman on **May 9, 2023, at 10:30 a.m.** by dialing 1-877-336-1828 Access Code: 7855846

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at 215-408-2800 to find out whether the hearing has been cancelled because no one has filed an answer.

Dated:  April 11, 2023                                                /s/ Warren Levy
                                                                                  Warren Levy, Esq.
                                                                                  Keaveney Legal Group
                                                                                  1000 Maplewood Drive
                                                                                  Suite 202
                                                                                  Maple Shade, NJ 08052
                                                                                  (856) 831-7119
                                                                                  Attorney ID No. 53361