**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Chapter 13 |
| | : Bk. No.: 22-11147-mdc |
| Dwayne A. Brooks | : Judge: Hon. Magdeline D. Coleman |
|     Debtor. | : |
| _____ | : |

**<u>CERTIFICATE OF SERVICE</u>**

I, Amy J. Truss, Paralegal to Warren Levy, with Keaveney Legal Group, 1000 Maplewood Dr., Suite 202, Maple Shade, NJ 08052 do hereby certify that on April 11, 2023, service of a true and correct copy of the **Applications for Compensation and Reimbursement of Expenses and Notice of Motion**, was delivered by first class mail and/or electronic filing to the below named interested parties:

| Name and Address | Mode of Service |
|---|---|
| Kenneth E. West, Trustee<br>ecfemails@ph13trustee.com | Electronically |
| US Trustee<br>USTPRegion03.PH.ECF@usdoj.gov | Electronically |
| Denise Elizabeth Carlon, Esq.<br>KML Law Group, PC<br>dcarlon@kmllawgroup.com | Electronically |
| Dwayne A. Brooks<br>7919 Pickering Ave.<br>Philadelphia, PA 19150 | USPS First Class |
| Philadelphia<br>900 Market Street, Suite 400<br>Philadelphia, PA 19107-4233 | USPS First Class |
| Acima Credit<br>9815 South Monroe Street<br>4th floor<br>Sandy, UT 84070-4384 | USPS First Class |

| | |
|---|---|
| IC Systems, Inc.<br>Attn: Bankruptcy<br>Po Box 64378<br>St. Paul, MN 55164-0378 | USPS First Class |
| PHFA<br>211 North Front Street<br>Harrisburg, PA 17101-1466 | USPS First Class |
| Pennsylvania Housing Finance Agency<br>211 North Front Street<br>Harrisburg, PA 17101-1460 | USPS First Class |
| Simon's Agency, Inc.<br>Attn: Bankruptcy<br>Po Box 5026<br>Syracuse, NY 13220-5026 | USPS First Class |
| Synchrony Bank / Carter Lumber<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | USPS First Class |

Date: April 11, 2023

/s/ Warren Levy
Warren Levy, Esq.
Keaveney Legal Group
1000 Maplewood Drive
Suite 202
Maple Shade, NJ 08052
(856) 831-7119
Attorney ID No. 53361