Warren D. Levy, Esq.
Attorney ID No. 312476
Keaveney Legal Group
1000 Maplewood Drive
Suite 202
Maple Shade, NJ, 08052
Telephone: 800-219-0939
Facsimile: (856) 282-1090

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | Bk. No.: 22-11147 |
| Dwayne A. Brooks, | : | Judge: Honorable Magdeline D. Coleman |
| | : | |
| Debtor. | : | |
| _____ | : | |

**CERTIFICATION OF NO RESPONSE**
**REGARDING DEBTOR'S APPLICATION FOR COMPENSATION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Application for Compensation for Warren Levy filed on April 11, 2023 (Doc. No. 60) has been received. The undersigned further certifiers that the Court's docket in this case has been reviewed and no answer, objection or other responsive please to the Motion appears therein.

Is it hereby respectfully requested that the proposed Order attached to this Certification be entered by the Court.

Dated: May 3, 2023                                    /s/ Warren D. Levy
                                                      Warren D. Levy, Esq.