**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | Bk. No.: 22-11147 |
| Dwayne A. Brooks, | : | Judge: Honorable Magdeline D. Coleman |
| | : | |
| Debtor. | : | |
| _____ | : | |

### ORDER APPROVING APPLICATION FOR COMPENSATION

**AND NOW**, on this _____ day of _____, 2023, it is hereby **ORDERED** that **$3,800.00** is approved as counsel fees, in the above-captioned case to Keaveney Legal Group, 1000 Maplewood Drive, Suite 202, Maple Shade New Jersey 08052, for the services rendered and to be rendered as described in such Application For Compensation and Reimbursement of Expenses; and

It is further **ORDERED** the remaining balance of fees in the amount of **$2,050.00** is due and owning.

BY THE COURT:

Hon. Magdeline D. Coleman
United States Bankruptcy Judge